Order Filed on 8/13/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in compliance with D.N.J. 9004-2(c)

Prepared By: Donald F. Campbell, Jr., Esq. (8924)
Giordano Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741-3900
Attorneys for Plaintiff, Partner Assessment Corporation

| | |
|---|---|
| In re: | Case No. 13-16743 (Jointly Administered Case No. 13-16746) |
| BIRDSALL SERVICES GROUP, INC., *et al.*, | Judge: Hon. Michael B. Kaplan, U.S.B.J. |
| Debtors. | Chapter 11 |
| EDWIN H. STIER, CHAPTER 11 TRUSTEE FOR BIRDSALL SERVICES GROUP, INC. *et al.* and PARTNER ASSESSMENT CORPORATION, | Adversary Proceeding No.:13-01772 |
| Plaintiffs, | |
| V. | |
| T&M ASSOCIATES and MARK WORTHINGTON, | |
| Defendants. | |

### ORDER TO SHOW CAUSE GRANTING LIMITED RESTRAINTS

The relief set forth on the following pages is hereby:

**ORDERED**

**DATED: 8/13/2013**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

IN RE Birdsall Services Group, Inc., *et al.*
Case No. 13-16743 (MBK)
Caption: ORDER TO SHOW CAUSE GRANTING LIMITED RESTAINTS

Page 2 of 3

---

**THIS MATTER** being brought before the Court by Plaintiff, Edwin H. Stier, as Chapter 11 Trustee for the Estate of Birdsall Services Group, Inc., *et al.* (the "Trustee"), by and through his counsel, Wasserman, Jurista & Stolz, P.C., and by Plaintiff, Partner Assessment Corporation ("Partner"), by and through its counsel, Giordano, Halleran & Ciesla, P.C., seeking relief by way of Order to Show Cause ("OTSC") with temporary restraints pursuant to Federal Rule of Bankruptcy Procedure 7065, based on the facts set forth in the Verified Complaint and the brief filed in support of the application; and prior notice having been provided to counsel for Defendants; and the Court having held oral argument on July 31, 2013 and determined that it has jurisdiction over this action pursuant to 28 U.S.C. § 1334; and for good cause shown:

**IT IS ORDERED** as follows:

a.  T&M Associates ("T&M") and Mark Worthington ("Worthington") are hereby enjoined, preliminarily and during the pendency of this action, from using any proprietary information placed on the "Thumb Drive"[1] by Worthington;

b.  Worthington shall turn over the thumb drive to the Trustee on or before Monday, August 5, 2013, while circulating copies of its contents to counsel for each of the parties (upon receipt of a storage device with sufficient capacity), with disclosure of its contents to be restricted to attorneys, consultants, and this Court only, until further order of this Court.

c.  Plaintiffs are entitled to limited access to T&M's computer files, subject to a protective order the scope of which is limited to means necessary to ensure that T&M is not in possession of and is not using Plaintiffs' proprietary information;

d.  The parties shall prepare a separate expedited scheduling order providing for

---

[1] As referenced and defined in the Verified Complaint and pleadings in support of the OTSC.

*Approved by Judge Michael Kaplan  August 13, 2013*

**IN RE Birdsall Services Group, Inc.,** *et al.*
**Case No. 13-16743 (MBK)**
**Caption: ORDER TO SHOW CAUSE GRANTING LIMITED RESTAINTS**

Page 3 of 3

timeframes for the exchange of discovery between and among the parties to address issues relating to preliminary restraints, with an evidentiary hearing scheduled for September 24, 2013 at 2:00 p.m.; and

e.  The balance of the temporary injunctive relief set forth in the Court's July 30, 2013 Order be and is hereby vacated, without prejudice to the Plaintiffs' right to request such relief by further application to this Court.

*Approved by Judge Michael Kaplan  August 13, 2013*