| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Counsel to Edwin H. Stier, Chapter 7 Trustee*<br><br>**BROWN MOSKOWITZ & KALLEN, P.C.**<br>180 River Road<br>Summit, New Jersey 07901<br>Phone: (973) 376-0909<br>Fax: (973) 376-0903<br>*Counsel to Partner Assessment Corporation* | Chapter 7<br><br>Case No. 13-16743 (MBK)<br>(Jointly Administered Case No. 13-16746)<br><br>Hon. Michael B. Kaplan |
| In re:<br><br>**BIRDSALL SERVICES GROUP, INC.,** *et al.*,<br><br>                                                       Debtors. | |
| **EDWIN H. STIER, CHAPTER 7 TRUSTEE FOR BIRDSALL SERVICES GROUP, INC.,** *et al.* **and PARTNER ASSESSMENT CORPORATION,**<br>                                                       Plaintiffs,<br><br>v.<br><br>**T&M ASSOCIATES and MARK WORTHINGTON,**<br>                                                       Defendants. | Adv. Pro. No.: 13-1772 (MBK) |
| **MARK WORTHINGTON,**<br>                                                   Third-Party Plaintiff,<br><br>v.<br><br>**PHILIP ANGARONE, HOWARD BIRDSALL, WILLIAM BIRDSALL, ROBERT GERARD, ALAN HILLA, JAMES JOHNSTON, SCOTT R. MACFADDEN, EILEEN KUHFAHL-SPEARS, THOMAS ROSPOS, and JOHN DOE 1-10,**<br><br>                                                   Third-Party Defendants. | |

**NOTICE OF FILING OF OPPOSITION UNDER SEAL**

2

**TO:**

| | |
|---|---|
| Joseph L. Schwartz, Esq.<br>Riker, Danzig, Scherer<br>Hyland & Perretti, LLP<br>Headquarters Plaza,<br>One Speedwell Avenue<br>Morristown, NJ 07962 | Bruce D. Vargo, Esq.<br>Scarpone & Vargo, LLC<br>50 Park Place, Suite 1003<br>Newark, New Jersey 07102 |

Willaim C. Mead, Esq.
Litchfeld Cavo, LLP
1800 Chapel Avenue West
Suite 360 Cherry Hill, NJ 08002

**PLEASE TAKE NOTICE** that on *January 21, 2014*, the undersigned, separately and as attorneys for *Counsel to Edwin H. Stier, Chapter 7 Trustee and Partner Assessment Corporation,* respectively, filed directly with the Honorable Michael B. Kaplan, United States Bankruptcy Judge, United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, opposition to T&M Associates' motion to dismiss certain counts of the Adversary complaint filed by jointly by Plaintiffs.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's direction, the corresponding pleadings have been filed directly with chambers because they reference information subject to the *Consent Order Concerning Discovery Confidentiality*, entered September 19, 2013.

2

PLEASE TAKE FURTHER NOTICE that, the responses, attachments and information contained therein should be handled consistent with *Consent Order Concerning Discovery Confidentiality*, entered September 19, 2013

| | |
|---|---|
| **WASSERMAN, JURISTA & STOLZ, P.C.** | **BROWN MOSKOWITZ & KALLEN, P.C.** |
| *Counsel to Edwin H. Stier, Esq., Chapter 7 Trustee* | *Counsel to Partner Assessment Corporation* |
| /s/Donald W. Clarke | /s/Kenneth L. Moskowitz |
| By:_____ | By:_____ |
| **DONALD W. CLARKE** | **KENNETH L. MOSKOWITZ** |
| Dated: January 21, 2014 | Dated: January 21, 2014 |