| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Counsel to Edwin H. Stier, Chapter 7 Trustee*<br><br>**BROWN MOSKOWITZ & KALLEN, P.C.**<br>180 River Road<br>Summit, New Jersey 07901<br>Phone: (973) 376-0909<br>Fax: (973) 376-0903<br>*Counsel to Partner Assessment Corporation* | Chapter 7<br><br>Case No. 13-16743 (MBK)<br>(Jointly Administered Case No. 13-16746)<br><br>Hon. Michael B. Kaplan |
| In re:<br><br>**BIRDSALL SERVICES GROUP, INC.,** *et al.*,<br><br>Debtors. | |
| **EDWIN H. STIER, CHAPTER 7 TRUSTEE FOR BIRDSALL SERVICES GROUP, INC.,** *et al.* **and PARTNER ASSESSMENT CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**T&M ASSOCIATES and MARK WORTHINGTON,**<br><br>Defendants. | Adv. Pro. No.: 13-1772 (MBK) |
| **MARK WORTHINGTON,**<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**PHILIP ANGARONE, HOWARD BIRDSALL, WILLIAM BIRDSALL, ROBERT GERARD, ALAN HILLA, JAMES JOHNSTON, SCOTT R. MACFADDEN, EILEEN KUHFAHL-SPEARS, THOMAS ROSPOS, and JOHN DOE 1-10,**<br><br>Third-Party Defendants. | |

**NOTICE OF FILING OF CROSS MOTION UNDER SEAL**

TO:
Joseph L. Schwartz, Esq.
Riker, Danzig, Scherer
Hyland & Perretti, LLP
Headquarters Plaza,
One Speedwell Avenue
Morristown, NJ 07962

William C. Mead, Esq.
Litchfeld Cavo, LLP
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08802

Christina Vassilou Harvey, Esq.
Lomurro Davison Eastman & Munoz
100 Willowbrook Road
Freehold, NJ 07728

Bruce D. Vargo, Esq.
Scarpone & Vargo, LLC
50 Park Place, Suite 1003
Newark, NJ 07102

John D. Giampolo, Esq.
Wollmuth Maher &Deutsch LLP
One Gateway Center, 9th Floor
Newark, NJ 07102

Vincent F. Papalia, Esq.
Saiber, LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932

**PLEASE TAKE NOTICE** that on **January 31, 2014**, the undersigned, separately and as attorneys for *Counsel to Edwin H. Stier, Chapter 7 Trustee and Partner Assessment Corporation*, respectively, filed with the Honorable Michael B. Kaplan, United States Bankruptcy Judge, United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, a Notice of Cross-Motion, pursuant to Bankruptcy Rule 7015 and Fed. R. Civ. P. 15 for leave to file a First Amended Adversary Complaint in the form annexed to the Notice of Cross-Motion. In addition, plaintiffs through their cross-motion sought to unseal the submissions relating to the motion to dismiss, etc. of defendant T&M Associates, as well as cross-motion. In support of the cross-motion, plaintiffs shall reply upon the following, submitted under seal pursuant to the Consent Order Concerning Discovery Confidentiality dated September 19, 2013 ("Confidentiality Order"): (i) notice of cross-motion with annexed proposed First Amended Adversary Complaint, (ii) the Letter Brief submitted by Partner's counsel, (iii) the Application submitted by the Trustee's counsel, and (iv) the submissions previously made by

2

plaintiffs in opposition to the motion of defendant T&M Associates to dismiss the pending Adversary Complaint.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's direction, the corresponding pleadings have been filed with chambers because they reference information subject to the Confidentiality Order.

PLEASE TAKE FURTHER NOTICE that the submissions and information contained therein should be handled consistent with the Confidentiality Order.

| | |
|---|---|
| **WASSERMAN, JURISTA & STOLZ, P.C.**<br>*Counsel to Edwin H. Stier, Esq.,*<br>*Chapter 7 Trustee* | **BROWN MOSKOWITZ & KALLEN, P.C.**<br>*Counsel to Partner Assessment Corporation* |
|     */s/Donald W. Clarke*<br>By:_____<br>    **DONALD W. CLARKE** |     */s/Kenneth L. Moskowitz*<br>By:_____<br>    **KENNETH L. MOSKOWITZ** |
| Dated: January 31, 2014 | Dated: January 31, 2014 |